UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ÁNGEL NAPOUT,<br><br>                                 Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON; AXIS SPECIALTY EUROPE SE,<br><br>                                 Defendants. | **Civ. Action No.**<br><br>**ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION REQUIRING DEFENDANTS TO TIMELY PAY LEGAL COSTS** |

       Upon the Declaration of Rosa M. Tumialán dated November 2, 2017 and the exhibits annexed thereto, as well as the Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Requiring Defendants to Pay Legal Costs, it is hereby:

       ORDERED that the above-named Defendants, Certain Underwriters at Lloyd's London and Axis Specialty Europe SE, shall show cause before the Honorable _____ at Courtroom _____ of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201 on November \_\_\_\_, 2017, at _____ in the _____ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued and entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure:

       (i) requiring Defendants to reimburse Plaintiff within ten (10) days for those unreimbursed legal defense costs incurred by Plaintiff through November 2, 2017 in connection with his defense in *United States v. Webb et al.*, No.15-cr-252 (the "FIFA Proceedings")—in which Plaintiff's criminal trial is set to begin on November 7, 2017—indictments issued by the Grand Jury for the Eastern District of New York (the "Indictments"), a related request by the United States Government to the Swiss authorities to extradite Plaintiff to the United States to stand trial(the "Request for Extradition"), the Victim Statement and Request for Restitution filed

4837-7834-0177.1

by the Fédération Internationale de Football Association ("FIFA") in connection with the Indictments (the "FIFA Complaint," collectively with the FIFA Proceedings, the Indictments, and the Request for Extradition, the "Underlying Action");

(ii) requiring Defendants to advance to Plaintiff legal defense costs associated with the Underlying Action at the time they are incurred and on an ongoing basis; and

(iii) for such other relief as this Court deems just and proper.

IT IS FURTHER ORDERED that service of a copy of this Order to Show Cause, together with all of its supporting papers upon which it is based, be made upon Defendants or their counsel by electronic mail, hand delivery or overnight delivery, on or before the __ day of November, 2017 which shall be deemed good and sufficient service thereof; and

IT IS FURTHER ORDERED that answering papers, if any, shall be served upon Plaintiff's attorneys, Harris, St. Laurent & Chaudhry, LLP and Dykema Gossett PLLC, by electronic mail, hand delivery or overnight delivery on or before the ___ day of November, 2017, which shall be deemed good and sufficient service thereof; and

IT IS FURTHER ORDERED that reply papers, if any, shall be served upon Defendants or their counsel by electronic mail, hand delivery or overnight delivery, on or before the ___ day of November, 2017, which shall be deemed good and sufficient service thereof.

Dated: November ____, 2017
Brooklyn, New York

_____
United States District Judge