## Tumialán, Rosa M.

**From:** Jewell, Elizabeth <Elizabeth.Jewell@clydeco.us>
**Sent:** Friday, August 25, 2017 8:45 AM
**To:** Tumialán, Rosa M.
**Subject:** Re: Napout

Rosa,

I am speaking with the client on the phone this morning.

Elizabeth A. Jewell
Troutman Sanders LLP
401 9th Street NW
Suite 1000
Washington, D.C. 20004
Elizabeth.Jewell@TroutmanSanders.com


On Aug 25, 2017, at 9:38 AM, Tumialán, Rosa M. <RTumialan@dykema.com> wrote:

> I need a response from you today. The insured is being left with no real alternatives here.
>
> **From:** Tumialán, Rosa M.
> **Sent:** Thursday, August 24, 2017 4:02 PM
> **To:** 'Jewell, Elizabeth'
> **Subject:** RE: Napout
>
> Where is the payment that was promised several weeks ago? The criminal defense of this insured is being compromised by your client's delay. This is an untenable predicament created solely by your client.
>
> **From:** Jewell, Elizabeth [mailto:Elizabeth.Jewell@clydeco.us]
> **Sent:** Thursday, August 24, 2017 4:00 PM
> **To:** Tumialán, Rosa M.
> **Subject:** RE: Napout
>
> Rosa,
>
> My apologies for not getting back to you sooner, I was traveling internationally. I followed up again earlier today with the client and will reach out again tomorrow.
>
> Elizabeth Jewell
> Associate | Clyde & Co US LLP
> Direct Dial: +1 202 747 5123 | Mobile: +1 202 286 9496
>
> <image001.png>   1775 Pennsylvania Avenue, NW | 4th Floor | Washington | DC 20006 | USA
> Main +1 202 747 5100 | Fax +1 202 747 5150 | www.clydeco.com



EXHIBIT G

We have moved! Please note our new address and phone number

**From:** Tumialán, Rosa M. [mailto:RTumialan@dykema.com]
**Sent:** Thursday, August 24, 2017 4:58 PM
**To:** Jewell, Elizabeth
**Subject:** RE: Napout
**Importance:** High

Liz, please provide me with an update ASAP. I have not heard from you in some time and there have been no responses to my emails. The criminal attorneys have not been paid and it is increasingly difficult to accept that this protracted delay is anything but purposeful.

| Dykema | Rosa M. Tumialán<br>Member<br>RTumialan@dykema.com | 312-627-2139 Direct<br>312-876-1700 Main<br>866-491-6704 Fax | 10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>www.dykema.com |
|---|---|---|---|

**From:** Tumialán, Rosa M.
**Sent:** Tuesday, August 22, 2017 2:14 PM
**To:** 'Jewell, Elizabeth'
**Subject:** RE: Napout
**Importance:** High

Liz, following up. The promised payment has not been received. What is the update on expediting payments to catch up with the current invoices?

**From:** Tumialán, Rosa M.
**Sent:** Tuesday, August 15, 2017 4:02 PM
**To:** Jewell, Elizabeth
**Subject:** Napout

Liz, attached please find Greenberg's August invoice. Please advise where we are with expediting payments.

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.


This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.