## Tumialán, Rosa M.

**From:** Tumialán, Rosa M.
**Sent:** Tuesday, September 12, 2017 3:20 PM
**To:** Jewell, Elizabeth
**Subject:** RE: Napout [CC-US1.FID389718]

Why is this the FIRST time I am hearing of this? What exactly do you now require? And how does this belated request hold up the other payments? What is the status of the 1.25M that was supposed to issue two months ago?

-------- Original Message --------
Subject: RE: Napout [CC-US1.FID389718]
From: "Jewell, Elizabeth" <Elizabeth.Jewell@clydeco.us>
Date: Sep 12, 2017, 2:42 PM
To: "Tumialán, Rosa M." <RTumialan@dykema.com>

Rosa,

The explanation below regarding flat fees still does not resolve the outstanding documentation needed and requested in our June 29 correspondence. We have received and reviewed the Pinera costs that have been provided pursuant to our requests and are processing those for payment. We are also processing the newer invoices submitted, but again, we have not received support for expenses from Greenberg for these newer invoices.

Elizabeth Jewell
Associate | Clyde & Co US LLP
Direct Dial: +1 202 747 5123 | Mobile: +1 202 286 9496

**CLYDE&CO**  |  1775 Pennsylvania Avenue, NW | 4th Floor | Washington | DC 20006 | USA
Main +1 202 747 5100 | Fax +1 202 747 5150 | www.clydeco.com

**We have moved! Please note our new address and phone number**

**From:** Tumialán, Rosa M. [mailto:RTumialan@dykema.com]
**Sent:** Tuesday, September 12, 2017 9:08 AM
**To:** Jewell, Elizabeth
**Subject:** RE: Napout
**Importance:** High

Liz- where are we on this?

**Dykema** | Rosa M. Tumialán
Member
RTumialan@dykema.com
| 312-627-2139 Direct
312-876-1700 Main
866-491-6704 Fax
| 10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
www.dykema.com

**From:** Tumialán, Rosa M.
**Sent:** Friday, September 8, 2017 4:25 PM
**To:** Jewell, Elizabeth (Elizabeth.Jewell@clydeco.us)
**Subject:** FW: Napout


EXHIBIT H

1

Liz, see the email below re the Greenberg response to the June 29 letter. Simone received this and did not advise me that additional documentation was required. As such, your client has all the information needed to process these overdue payments.

**From:** Tumialán, Rosa M.
**Sent:** Tuesday, July 11, 2017 1:57 PM
**To:** Bonnet, Simone (Simone.Bonnet@clydeco.us)
**Subject:** Napout

Simone,

This email correspondence addresses the inquiries raised in the final bullet point in the June 29, 2017 correspondence relative to the Greenberg invoices from February 2017 to March 2017. These invoices were prepared and presented to Mr. Napout at that time pursuant to a $100,000 flat fee arrangement in place for this time period. Per the agreement, Mr. Napout was billed $100,000 per month which amount was drawn from an account of his personal funds set aside for this purpose. While the invoices only reflect $100,000, the time entries were maintained for the purpose of tallying up any overages. Per the agreement, Mr. Napout was to pay all overages by the time of trial. As such, both the invoices and the time entries were recorded and prepared in real time, and not prepared after the fact for presentation to the insurers. The reason the April 2017 invoice looks different is that, since the insurers elected to fund the defense subject to a reservation of rights, the flat fee agreement with Mr. Napout was suspended. The invoice from April 2017 (as well as future invoices) will reflect the full amount of fees incurred. Your correspondence also questions the billing rates. Please note that billing rates are adjusted each year. Finally, defense counsel and Mr. Napout anticipated continuing with the $100,000 per month flat fee arrangement. The insurer's decision to fund the defense subject to a reservation of rights changed this. Please let us know if this explanation addresses your inquiries.

Regards,
Rosa

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state

otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.