**Tumialán, Rosa M.**

| | |
|---|---|
| **From:** | Tumialán, Rosa M. |
| **Sent:** | Tuesday, September 19, 2017 2:18 PM |
| **To:** | Jewell, Elizabeth (Elizabeth.Jewell@clydeco.us) |
| **Subject:** | Napout- Greenberg backup |
| **Attachments:** | Napout invoice 4533937 w-backup.pdf; Napout invoice 4564874 w-backup.pdf |
| **Importance:** | High |

Liz- the requested backup from Greenberg from June and July 2017 is attached. You now have all you requested from the Greenberg and Pinera firms. We demand that the outstanding fees be paid now.

Confirmation of receipt of this and the earlier email is requested.



EXHIBIT
Group I

1

## Tumialán, Rosa M.

**From:** Tumialán, Rosa M.
**Sent:** Tuesday, September 19, 2017 2:14 PM
**To:** Jewell, Elizabeth (Elizabeth.Jewell@clydeco.us)
**Subject:** Napout- Greenberg back up
**Attachments:** Napout invoice 4533926 w-backup.pdf

**Importance:** High

Liz, the backup for Greenberg through May 31, 2017 is attached. The ones for June and July will follow in separate emails.

Where are we with expediting payment of the fees incurred since March 2017?

## Tumialán, Rosa M.

**From:** Tumialán, Rosa M.
**Sent:** Friday, September 15, 2017 9:39 AM
**To:** Jewell, Elizabeth (Elizabeth.Jewell@clydeco.us)
**Subject:** Napout- Pinera firm documents
**Attachments:** Napout Summary Statement of Paralegal Fees.pdf; Tumialan.ltr.09.14.2017wpd.pdf

**Importance:** High

Liz, please see the attached information you requested from the Pinera firm.  It is my understanding that there is nothing else needed for your client to pay this firm's fees.

1