Case 1:17-cv-06394-PKC-SJB   Document 3-10   Filed 11/02/17   Page 1 of 2 PageID #: 173

## Tumialán, Rosa M.

**From:** Tumialán, Rosa M.
**Sent:** Tuesday, October 3, 2017 10:04 AM
**To:** 'Jewell, Elizabeth'
**Subject:** RE: Napout [CC-US1.FID389718]

When is the outstanding payment expected? While there were two payments totaling $2.25M that was only after months and months of constant requests for same and continued excuses for the delay. You have the information requested to make the payments. You are also aware that the continued and consistent delay prejudices Mr. Napout's criminal defense. No threats have been or will be communicated throughout the course of this defense fee recovery effort. What you construe as "unprofessional threats" are just observations based on how your client has acted with respect to similarly situated insureds. In fact it was the fact that your client was facing a ***third suit*** that Simone and I were able to reach the agreement we did. This can all be addressed very easily — receiving payment for defense fees that are well overdue.

**From:** Jewell, Elizabeth [mailto:Elizabeth.Jewell@clydeco.us]
**Sent:** Tuesday, October 3, 2017 9:58 AM
**To:** Tumialán, Rosa M.
**Subject:** RE: Napout [CC-US1.FID389718]

Rosa,

Your constant threats are both unprofessional and unnecessary. I have regularly responded to your e-mails and was out of the country for the past ten days. I do not believe I need to remind you that Underwriters have transferred the substantial sum of $2.25 million to Mr. Napout's defense counsel. We continue to review and approve further invoices in due course for payment. That we cannot process them as quickly as defense counsel seem to create them does not mean that Underwriters are in bad faith or ignoring their obligations. Further, I spoke with my clients this morning and they confirmed that they are working on the outstanding payment.

Best,

Liz

Elizabeth Jewell
Associate | Clyde & Co US LLP
Direct Dial: +1 202 747 5123 | Mobile: +1 202 286 9496

 | 1775 Pennsylvania Avenue, NW | 4th Floor | Washington | DC 20006 | USA
Main +1 202 747 5100 | Fax +1 202 747 5150 | www.clydeco.com

We have moved! Please note our new address and phone number

**From:** Tumialán, Rosa M. [mailto:RTumialan@dykema.com]
**Sent:** Tuesday, October 3, 2017 9:22 AM
**To:** Jewell, Elizabeth



1

**Subject:** Napout
**Importance:** High

Liz- my emails and voicemail have gone unanswered. Is your client going to pay the outstanding defense fees due or do they prefer that we initiate what would be the third case enforcing the same policy language. Additional litigation was what Simone and I worked hard to avoid and I thought that we were successful when the agreement was reached in March 2017. But your silence and your client's inexcusable delay is undoing that. I await your response.

| Dykema | Rosa M. Tumialán<br>Member<br>RTumialan@dykema.com | 312-627-2139 Direct<br>312-876-1700 Main<br>866-491-6704 Fax | 10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>www.dykema.com |
|---|---|---|---|

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.