## Tumialán, Rosa M.

**From:** Jewell, Elizabeth <Elizabeth.Jewell@clydeco.us>
**Sent:** Thursday, October 26, 2017 12:52 PM
**To:** Tumialán, Rosa M.
**Cc:** Knoerzer, Michael
**Subject:** RE: Napout [CC-US1.FID389718]

Rosa,

The current recommendation that is pending includes June July and August invoices and certain reimbursements based on certain supplemental documentation you provided relating to past invoices. We are submitting the recommendation on the newer invoices and the backup reimbursement with respect to the more recent Greenberg invoices separately. I have reached out to the client for an update on the anticipated payment date and will continue to do so regularly and will keep you apprised of updates.

In the meantime, do you know when we can expect the requested trial budget?

Elizabeth Jewell
Associate | Clyde & Co US LLP
Direct Dial: +1 202 747 5123 | Mobile: +1 202 286 9496

CLYDE&CO  |  1775 Pennsylvania Avenue, NW | 4th Floor | Washington | DC 20006 | USA
Main +1 202 747 5100 | Fax +1 202 747 5150 | www.clydeco.com

---

**From:** Tumialán, Rosa M. [mailto:RTumialan@dykema.com]
**Sent:** Thursday, October 26, 2017 9:22 AM
**To:** Jewell, Elizabeth
**Subject:** RE: Napout [CC-US1.FID389718]

Liz- when will the next payment be issued and in what amount? Per my last email, we expect that the next payment will refund all fees currently outstanding as all the information requested to process these invoices was submitted. Thanks.

---

**From:** Jewell, Elizabeth [mailto:Elizabeth.Jewell@clydeco.us]
**Sent:** Tuesday, October 17, 2017 9:40 AM
**To:** Tumialán, Rosa M.
**Subject:** RE: Napout [CC-US1.FID389718]

Rosa,

I have been following up with my client about this regularly and received an update this morning. The client has the market authority and now just needs internal authority and will update me as soon as he can on that issue.

In the meantime, so that my client can better anticipate reserves and updates to the market, we request that defense counsel provide an anticipated budget through trial. It is my understanding that jury selection is presently scheduled to begin on November 6 and that trial will begin on November 13. Please keep us apprised if these dates for any reason are continued.

Best,



1

Elizabeth

Elizabeth Jewell
Associate | Clyde & Co US LLP
Direct Dial: +1 202 747 5123 | Mobile: +1 202 286 9496

**CLYDE&CO** | 1775 Pennsylvania Avenue, NW | 4th Floor | Washington | DC 20006 | USA
Main +1 202 747 5100 | Fax +1 202 747 5150 | www.clydeco.com

**We have moved! Please note our new address and phone number**

**From:** Tumialán, Rosa M. [mailto:RTumialan@dykema.com]
**Sent:** Monday, October 16, 2017 9:21 PM
**To:** Jewell, Elizabeth
**Subject:** Napout

September invoice from the Pinera firm. Still waiting to hear when payment will issue as to any of the invoices forwarded thus far.

**DYKEMA** | Rosa M. Tumialán | 312-627-2139 Direct | 10 South Wacker Drive, Suite 2300
| Member | 312-876-1700 Main | Chicago, Illinois 60606
| RTumialan@dykema.com | 866-491-6704 Fax | www.dykema.com

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

2