UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ÁNGEL NAPOUT,<br><br>        Plaintiff,<br><br> v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON; AXIS SPECIALTY EUROPE SE,<br><br>        Defendants. | Civ. Action No. |

## NOTICE OF RELATED CASES

Pursuant to Local Rule 13, Plaintiff Juan Ángel Napout ("Mr. Napout") hereby notifies the Court that this action is related to two actions previously filed in this District: (1) *Li v. Certain Underwriters at Lloyd's, London et al.*, No. 1:15-cv-06099-RJD-RML ("*Li*"); and (2) *Rocha v. Certain Underwriters at Lloyd's London et al.*, No. 1:16-cv-2327-RJD-RML ("*Rocha*"). While *Rocha* was originally assigned to Chief Judge Dora Lizette Irizarry, it was reassigned to Judge Raymond J. Dearie, who presided over *Li*.

Although *Li* and *Rocha* are no longer pending, there is a substantial factual overlap in this action, *Li*, and *Rocha*, as all three cases concern: (a) the same insurance policy (issued by the same defendants); (b) the same material facts, as they all relate to insurance coverage available to insureds in *United States v. Webb*, No. 15-cr-252-PKC-RML, which is also pending in this District; and (c) similarly-situated insureds.

Dated: November 2, 2017

                    Respectfully submitted,

                    Juan Ángel Napout

                    By: _____
                       One of His Attorneys

HARRIS, ST. LAURENT & CHAUDHRY LLP
Andrew St. Laurent
Evan W. Bolla
Megan Dubatowka
40 Wall Street, 53rd Floor
New York, NY 10005
Tel: (646) 248-6010
andrew@sc-harris.com
ewbolla@sc-harris.com
mdubatowka@sc-harris.com

DYKEMA GOSSETT PLLC
Rosa M. Tumialán (pro hac vice motion to be filed)
Michael F. Derksen (pro hac vice motion to be filed)
10 S. Wacker Dr., Ste. 2300
Chicago, IL 60606
Tel.: (312) 876-1700
Fax: (312) 876-1155
rtumialan@dykema.com
mderksen@dykema.com