UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JUAN ÁNGEL NAPOUT,

                Plaintiff,        **Civ. Action No. 17-6394**

v.

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON; AXIS SPECIALTY EUROPE SE,

                Defendants.

## AFFIDAVIT OF SERVICE

**ANDREW ST. LAURENT**, declares and affirms under penalties of perjury under 28 U.S.C. § 1746:

1. I am over 18 years of age, not a party to this action, and reside in the State of New York.

2. I am a partner of Harris, St. Laurent & Chaudhry LLP, counsel to Plaintiff Juan Angel Napout in this matter.

3. On November 3, 2017, the Court issued an Order to Show Cause in this matter (Docket #12) that, among other things, directed Plaintiff to serve copies of that Order to Show Cause as well as Plaintiff's underlying application by email and by hand delivery or overnight delivery on or before November 4, 2017.

4. I was copied on an email, sent at 5:08 p.m. by my partner, Evan W. Bolla, to counsel for the Defendants in this matter, Michael Noerzer and Elizabeth Jewell of Clyde & Co., which attached the Court's order to show cause along with the filings made by Plaintiff in support of the application.

5. I was informed that Jackson Fisher, a paralegal from my office, attempted to deliver the Court's order to show cause along with the filings made by Plaintiff in support of the application at approximately 5:45 p.m. on November 3, 2017. I am further informed by Mr. Fisher's delivery was refused because the office had closed.

6. I am further informed that Mr. Fisher sent the Court's order to show cause along with the filings made by Plaintiff in support of the application to counsel for Defendants by Federal Express on November 4, 2017.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2017.

                                                Andrew St. Laurent
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005