

Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606

WWW.DYKEMA.COM

Tel:  (312) 876-1700
Fax: (312) 876-1155

**Michael F. Derksen**
Direct Dial: (312) 627-2297
Direct Fax: (855) 234-8972
Email: MDerksen@dykema.com

February 6, 2018

**Via ECF**

Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:** *Napout v. Certain Underwriters at Lloyd's London et al.*
     **Case No:  1:17-cv-06394-PKC-SJB**

Dear Magistrate Judge Bulsara:

Pursuant to the Scheduling Order entered on November 10, 2017 (Dkt. No. 20), this letter is to inform you that the defendants have not yet filed an answer in this case, as their responses to the Complaint are due on or before March 1, 2018.  *See* January 23, 2018 Order.

If you have any questions, please feel free to contact me.

Respectfully,

**DYKEMA GOSSETT PLLC**


/s Michael F. Derksen
Michael F. Derksen


CC:  *via ECF*
    Michael A. Knoerzer
    Elizabeth A. Jewell
    Rosa M. Tumialán
    Evan W. Bolla