

Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
WWW.DYKEMA.COM
Tel: (312) 876-1700
Fax: (312) 876-1155

**Michael F. Derksen**
Direct Dial: (312) 627-2297
Direct Fax: (855) 234-8972
Email: MDerksen@dykema.com

March 2, 2018

**Via ECF**

Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Napout v. Certain Underwriters at Lloyd's London et al.***
**Case No: 1:17-cv-06394-PKC-SJB - Mediation**

Dear Magistrate Judge Bulsara:

This letter is sent to inform you that in accordanece with your February 16, 2018 order referring the above-referenced matter to mediation, the parties have selected Robin Gise to serve as the mediator. The parties have reached out to Ms. Gise to schedule the mediation session.

Respectfully,

**DYKEMA GOSSETT PLLC**

/s Michael F. Derksen
Michael F. Derksen

CC: *via ECF*
Michael A. Knoerzer
Elizabeth A. Jewell
Rosa M. Tumialán
Evan W. Bolla