

HARRIS, ST. LAURENT
AND CHAUDHRY LLP

March 16, 2018

**Via ECF**

Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Napout v. Certain Underwriters at Lloyd's London et al.*
             *1:17-cv-06394-PKC-SJB*

Dear Magistrate Judge Bulsara:

      The parties jointly write the court to request a thirty-day extension of time to complete mediation in this matter.  Currently, per Your Honor's February 16, 2018 Order, the parties are to complete mediation by March 30, 2018.  As previously provided, the parties have selected Robin Gise to serve as mediator in this matter.  Ms. Gise's first available date that the parties are available is April 26, 2018.  Accordingly, the parties request that the Court extend the mediation deadline until April 30, 2018, in order to allow the parties to proceed before Ms. Gise on April 26, 2018 and to allow a brief period of time should the parties require a few additional days to finalize any issues after the formal mediation.

      If the Court requires additional information, we remain available at the Court's convenience.

             Respectfully Submitted,

                  s/

             Evan W. Bolla

CC:    *via ECF*
        Michael A. Knoerzer
        Elizabeth Jewell
        Rosa M. Tumialàn
        Michael F. Derksen

EVAN BOLLA  |  EWBOLLA@SC-HARRIS.COM  |  DIRECT 917-512-9472

SC-HARRIS.COM  |  TEL 212-397-3370  |  FAX 212-202-6206  |  40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005